**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-62281-CIV-SMITH**

NORTHSHORE PHARMACY,

      Plaintiff,

v.

HOWE GLOBAL, LLC,

      Defendant.
_____/

**ORDER OF FINAL DISMISSAL**

This cause is before the Court on the Plaintiff's Motion to Dismiss [DE 14], which is unopposed. Upon consideration, it is hereby:

    **ORDERED that:**

    1.    This case is **DISMISSED WITHOUT PREJUDICE.**

    2.    All pending motions are **DENIED as moot.**

    3.    This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of January, 2021.

                                                               RODNEY SMITH
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record